IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID MILLER

    Plaintiff,

vs.                                                                         Civil Action No.: 12-976
                                                                            Judge LANCASTER

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

NOW this __9th__ day of __Nv__, 2012, it is hereby ORDERED that the above titled matter is DISMISSED.

_____
J.