IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID MILLER

    Plaintiff,

vs.　　　　　　　　　　　　　　　　Civil Action No.: 12-976
　　　　　　　　　　　　　　　　　　Judge LANCASTER

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

NOW this 9th day of M___, 2012, it is hereby ORDERED that the above titled matter is DISMISSED.

_____
J.